**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS SCHNEIDER,<br><br>            Plaintiff,<br><br>       v.<br><br>COSTCO, a business organization form unknown, and DOES 1 to 25,<br><br>            Defendants. | Case No.  SAC07-556 JVS (RNBx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT COSTCO WHOLESALE CORPORATION**<br><br>Judge:  Hon. James V. Selna<br>Crtrm:  10C<br><br>Trial Date:  October 14, 2008 |

1 | This matter was set for hearing before the Court on August 18, 2008,
2 | the Honorable James V. Selna, District Judge Presiding, on a Motion for Summary
3 | Judgment filed by Defendant Costco Wholesale Corporation ("Costco") against
4 | plaintiff Douglas Schneider ("plaintiff").  On August 15, 2008, after having
5 | considered the moving papers and evidence filed by Costco, and after having
6 | considered plaintiff's failure to file an opposition, the Court issued a Minute Order
7 | taking the hearing off calendar and granting Costco's motion.  The evidence
8 | presented having been fully considered, the issues having been duly heard, and a
9 | decision having been duly rendered,

11 |     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

13 |     1.    Costco's Motion for Summary Judgment is granted in its entirety;

15 |     2.    Plaintiff's action is dismissed on the merits and with prejudice;

17 |     3.    Plaintiff shall take nothing by way of this action; and

19 |     4.    Costco shall recover its costs against plaintiff in the amount of
20 | $_____.

22 | Dated:  August 20, 2008    _____
23 |     HONORABLE JAMES V. SELNA
24 |     UNITED STATES DISTRICT JUDGE

-1-

W02-WEST:DMA\400995150.1      [PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT COSTCO WHOLESALE CORPORATION

-2-

1  Respectfully submitted by:

2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
3     Including Professional Corporations
MATTHEW S. MCCONNELL, Cal. Bar No. 209672
4  12275 El Camino Real, Suite 200
San Diego, California  92130-2006
5  Telephone:   858-720-8900
Facsimile:    858-509-3691

6

7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
8     Including Professional Corporations
TARA WILCOX, Cal. Bar No. 157015
9  501 West Broadway, 19th Floor
San Diego, California  92101-3598
10 Telephone:   619-338-6500
Facsimile:    619-234-3815

11
Attorneys for Defendant
12 COSTCO WHOLESALE CORPORATION